| | | |
|---|---|---|
| RAYMOND G. PENNINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1706 |
| | ) | |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| THE HOME DEPOT USA, INC., | ) | |
| | ) | Doc. No. 21 |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM ORDER

Plaintiff's complaint was filed by the Clerk of Court on Decemer 28, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 28), filed on February 26, 2008, recommended that the Defendant's Motion to Dismiss (Doc. No. 21), which the Magistrate Judge converted to a Motion for Summary Judgment, be denied. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. No objections have been filed.

After review of the pleadings, briefs, and other documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 19<u>th</u> day of March, 2008,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 21), which

was converted to a Motion for Summary Judgment, is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 28)

of Magistrate Judge Lenihan, dated February 26, 2008, is adopted as the opinion of the

Court.

BY THE COURT:

_____
s/ Terrence F. McVerry
United States District Judge


cc:    Lisa Pupo Lenihan
       U.S. Magistrate Judge

       All Counsel of Record
       *Via Electronic Mail*